UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

HON. ROBERT B. KUGLER

| | | |
|---|---|---|
| JOHN J. BUCKSHAW, | : | Civil No. 17-8446(RBK-JS) |
| Plaintiff(s), | : | |
| v. | : | |
| QUAL LYNX CLAIMS ADJUSTER, et al, | : | |
| Defendant(s). | : | |

_____

| | | |
|---|---|---|
| JOHN J. BUCKSHAW, | : | Civil No. 17-8448(RBK-JS) |
| Plaintiff(s), | : | |
| v. | : | |
| QUAL LYNX CLAIMS ADJUSTER, et al | : | |
| Defendant(s) | : | |

_____

| | | |
|---|---|---|
| JOHN J. BUCKSHAW, | : | Civil No. 17-8451(RBK-JS) |
| Plaintiff(s) | : | |
| v. | : | |
| BALLY HOTEL AND CASINO, et al, | : | |
| Defendant(s), | : | |

_____

| | | |
|---|---|---|
| JOHN J. BUCKSHAW, | : | Civil No. 17-8452(RBK-JS) |
| Plaintiff(s), | : | |
| v. | : | |
| STATE OF NEW JERSEY, | : | |
| Defendant(s), | : | |

## O P I N I O N and O R D E R

These four cases though practically impossible to understand, apparently arise from some dispute plaintiff had which may have culminated in criminal charges against him in the New Jersey state court system.

Before the court currently is what seems to be plaintiff's requests that these matters be filed and docketed without prepayment of any filing fee. Plaintiff has submitted no affidavits demonstrating indigency.

To the extent plaintiff seeks "removal" of the state criminal charges to this court, there is no statutory authority to do so.

Consequently, plaintiff's request for filing and docketing of these matters is **DENIED**. The Clerk is directed to close these matters.

Plaintiff may re-open these matters within thirty (30) days by paying the filing fee for each complaint or submitting on an approved form an application to proceed in forma pauperis. Should plaintiff choose the latter, the court will then evaluate the request.

s/Robert B. Kugler
ROBERT B. KUGLER
United States District Judge

Dated: October 20, 2017